## ORDER OF COURT

Pursuant to the above motion, **IT IS HEREBY ORDERED** that the defendant's term of supervised release be reduced by one year. His new expiration date is now March 23, 2006.

**DATED** this ____ day of July, 2006.

*The Honorable James A. Redden*
Senior U.S. District Judge

02CR-107-RE

USAv Farner

*ORDER—FARNER, KENNETH JAMES, Page 2*